# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JERRY W. COUCH, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WARDEN JACK KOON, DR. FOGAM, )<br>*Medical Chief*, THOMAS, *Deputy* )<br>*Warden*, )<br>)<br>Defendants. ) | Case No. CV409-198 |

## REPORT AND RECOMMENDATION

In an order dated January 11, 2010, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 4.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not returned the forms within the allotted time. Consequently, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 22nd day of March, 2010.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA